458 A.2d 1350

**In re Nomination of Louis R. RIZZUTO for the Office of Judge of the Superior Court.**

Supreme Court of Pennsylvania.

Argued April 20, 1983.

Decided April 20, 1983.

**546**

Richard L. Orwig, Reading, Byron M. Yatron, Wyomissing, for petitioner.

Karen Balaban, David F. Phifer, Harrisburg, LeRoy S. Zimmerman, Atty. Gen., for respondent.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Petition denied.